JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Hintzen,<br><br>   Plaintiff,<br><br> v.<br><br>D5 Partners, Inc.,<br><br>   Defendants. | CV 20-2690 PA (JEMx)<br><br>JUDGMENT |

  Pursuant to the Court's April 10, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

  IT IS SO ORDERED.

DATED: April 11, 2020

                _____
                Percy Anderson
                UNITED STATES DISTRICT JUDGE